**No. 60034.**—O. L. Anderson *v.* United States, protest 261893–K/6808 (Chicago).

Opinion by EKWALL, J.   In accordance with rule 5 (a) of the rules of this court, the protest was dismissed for lack of prosecution.